608

No. 400. FIRST NATIONAL BANK OF ALBUQUERQUE v. STATE TAX COMMISSION ET AL. See *ante*, p. 515.

No. 470. SPRUILL v. BALLARD ET AL. November 13, 1939. Petition for writ of certiorari to the Court of Appeals for the District of Columbia, and motion for leave to proceed further *in forma pauperis*, denied. *Georgia M. Spruill, pro se. Mr. Ross H. Snyder* for respondents.

No. 478. CATO v. SMITH, WARDEN. November 13, 1939. Petition for writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit, and motion for leave to proceed further *in forma pauperis*, denied. *Joseph Cato, pro se.* No appearance for respondent.

No. 484. FISCHER v. McCAULEY, WARDEN. November 13, 1939. Petition for writ of certiorari to the Supreme Court of Washington, and motion for leave to proceed further *in forma pauperis*, denied. *Clarence H. Fischer, pro se.* No appearance for respondent.

No. 87. WHITE v. TEXAS. November 13, 1939. Petition for writ of certiorari to the Court of Criminal Appeals of Texas, and motion for leave to proceed further *in forma pauperis*, denied. *Mr. Carter Wesley* for petitioner. No appearance for respondent.